UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-162-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | ORDER |
| DAVID LEE JENKINS, JR., | : | |
| Defendant. | : | |

It appearing to the Court that during the investigation of the above-captioned case, Five (5) Remington 12 gauge shotgun shells One Beretta Semi-Auto Handgun, serial number F24233Y; One Mossberg Maverick Model 88 12 gauge shotgun, serial number MV36795N; One box (42 count) Winchester .380 ammunition, Twenty-eight (28) .45 caliber ammunition; One shotgun shell; and one BB gun, Powerline Airstrike 240 plastic air-gun, serial number A170314 and magazine, were seized during the investigation and used as evidence.

It further appearing to the Court that this case has been fully adjudicated, and the aforementioned items are no longer needed as evidence.

Therefore, it is hereby ordered that the above described items be disposed of, or destroyed by Special Agent Paul J. Headley or a member of the Federal Bureau of Investigation in accordance with

regulations of the Federal Bureau of Investigation.

This the **23** day of July, 2014.

JAMES C. DEVER III
Chief United States District Court Judge