UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. David Lee Jenkins Jr.**  Docket No. 7:11-CR-162-1D

### Petition for Action on Supervised Release

COMES NOW John P. Nasuti, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of David Lee Jenkins Jr., who, upon a finding of guilt by jury to Possession With Intent to Distribute a Quantity of Cocaine , in violation of 21 U.S.C. § 841(a)(1), and Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. § 924(C), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on December 5, 2012, to the custody of the Bureau of Prisons for a term of 168 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

David Lee Jenkins Jr., was released from custody on March 20, 2025, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has requested the opportunity to complete Moral Reconation Therapy (MRT), a cognitive-behavioral treatment program that leads to improving moral reasoning, better decision-making, more appropriate behavior, and reduces the likelihood of recidivism. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ John P. Nasuti<br>John P. Nasuti<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-4290<br>Phone: 910-679-2056<br>Executed On: November 19, 2025 |

David Lee Jenkins Jr.
Docket No. 7:11-CR-162-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this **20** day of **November**, 2025, and ordered filed and made a part of the records in the above case.

/s/ Dever
James C. Dever III
U.S. District Judge